## **STATEMENT OF FACTS**

On April 13, 2019, members of the Metropolitan Police Department (MPD), Narcotics and Special Investigations Division (NSID), Narcotics Enforcement Unit (NEU) drove into the parking lot of the Pentacle Apartments in the 1500 block of Benning Road, N.E., Washington, D.C., when they observed a group of individuals standing in front of 1517 Benning Road, N.E., Washington, D.C.

Once the group of individuals noticed the officers, an individual later identified as Defendant Naquel Henderson took an unprovoked flight. Officers followed the defendant on foot and observed the defendant toss a black firearm into a vehicle stopped at a red light in the 1500 block of Benning Road, N.E., Washington, D.C. Officers recovered a loaded Glock 23, .40 caliber semi-automatic firearm from the passenger seat of the vehicle through the open window and continued to pursue the defendant on foot. Defendant Henderson was apprehended in the rear of 1427 Morse Street, N.E., Washington, D.C. and transported to the Fifth district for processing.

To the best of the undersigned officer's knowledge, the defendant has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of the defendant through the National Crime Information Center confirmed that the defendant had a prior felony conviction in the Superior Court for the District of Columbia, Criminal Case No. 2015-CF3-014588. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. There are no firearm manufacturers in the District of Columbia.

_____
OFFICER NICHOLAS DAMRON
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE